JOSEPHINE M. GERRARD (CBN 303221)
GERRARD LAW OFFICES
1791 SOLANO AVENUE, SUITE F01
BERKELEY, CALIFORNIA 94707
TEL: (510) 838-0529
FAX: (510) 280-1635
JO@GERRARDLAWOFFICES.COM
Attorney for the Plaintiff, George Alexander Tarnow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ALEXANDER TARNOW,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner Of Social Security,<br><br>    Defendant | Case No. 2:25-cv-02115-EFB<br><br>~~PROPOSED~~ ORDER FOR A TWENTY-EIGHT DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

The Extension for 28 days to file Plaintiff's opening brief now is due December 8, 2025, and Defendant's response due on or before January 22, 2026.

**IT IS ORDERED**.

Dated November 17, 2025

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE